GLOBE SHIPPING CO., INC. *v.* UNITED STATES

**No. 5128.**—Invoice dated Yokohama, Japan, November 5, 1935.
Entered at New York December 11, 1935.
Entry No. 772110.

(Decided February 20, 1941)

*Puckhafer, Rode & Rode (John D. Rode* of counsel) for the plaintiff.
*Charles D. Lawrence,* Acting Assistant Attorney General *(Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that certain items of the merchandise are the same in all material respects as the merchandise in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, that the issue in the two cases is the same, and that the appraised value less any amount added

by reason of the so-called Japanese consumption tax represents the proper dutiable export value of the merchandise.

On the agreed facts I find and hold the proper dutiable export value of the items of merchandise marked A and checked JWT on the invoices to be the value found by the appraiser, less any amount added by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.